# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC BRIAN LE'BLUE, | Case No. CV 15-05969 CAS (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| E. VALENZUELA, Warden, | |
| Respondent. | |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED:  August 20, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE